# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY J. HAMPTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:21-cv-02010-TC-TJJ |
| BAKERY, CONFECTIONERY & ) | |
| TOBACCO WORKERS AND GRAIN ) | |
| MILLERS INTERNATIONAL UNION ) | |
| OF AMERICA, LOCAL 218, AFL-CIO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Anthony Hampton, appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on October 26, 2021 and from the Memorandum and Order entered on October 22, 2021.

Respectfully Submitted,

SLOAN, EISENBARTH, GLASSMAN
 McENTIRE & JARBOE, L.L.C.

BY: */s/ Alan V. Johnson*
Alan V. Johnson, KS #9992
ajohnson@sloanlawfirm.com
534 South Kansas Avenue, Ste. 1000
Topeka, Kansas  66603-3456
(785) 357-6311
(785) 357-0152 facsimile
*Attorneys for Plaintiff*

1

CERTIFICATE OF SERVICE

       I hereby certify on the 24th day of November, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

    Michael E. Amash
    Samantha L. Groark
    753 State Avenue, Suite 475
    Kansas City, Kansas  66101
    mea@blake-uligh.com
    slg@glake-uligh.com
    ATTORNEYS FOR DEFENDANT

                                                         */s/ Alan V. Johnson*
                                                         Alan V. Johnson, KS #9992
                                                         Sloan, Eisenbarth, Glassman,
                                                           McEntire & Jarboe, L.L.C.
                                                         534 S. Kansas Ave., Suite 1000
                                                         Topeka, Kansas  66603
                                                         Telephone     (785) 357-6311
                                                         Fax               (785) 357-0152
                                                         ajohnson@sloanlawfirm.com